IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 02-00523HG(06) |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| PHILLIP DUNN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, LORETTA A. SHEEHAN, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of Government's Exhibits 1 through 65.

DATED: Honolulu, Hawaii, 8/30/06.

Signature: _Pat Redondo_

Attorney for: UNITED STATES OF AMERICA