cc: HG

PHILLIP DUNN
89114-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

Defendant



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 13 2007

at 4 o'clock and 30 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:02CR00523-006 HG |
| ) | |
| Plaintiff ) | |
| ) | DEFENDANT'S MOTION FOR |
| ) | RESENTENCING UNDER |
| vs. ) | NOV 1, 2007 UNITED STATES |
| ) | SENTENCING COMMISSION |
| ) | GUIDELINES: JUDGMENT |
| ) | AND COMMITMENT ORDER; |
| ) | CERTIFICATE OF SERVICE |
| PHILLIP DUNN ) | |
| ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**DEFENDANT'S MOTION FOR RESENTENCING
UNDER NOV. 1, 2007 UNITED STATES SENTENCING COMMISSION
GUIDELINES**

Pro Se defendant, Phillip Dunn, USM No.89144-022, now moves this court

to resentence him pursuant to 2007 USSC guideline recommendations

applied under: Title: 18 U.S.C. 3582 (c) (2), 28 U.S.C. 994 (o)

Original sentence was imposed pursuant to the Sentencing Reform Act

of 1984. (Offense Title & Section, Judgment & Commitment Orders) are provided. He was sentenced at guideline level 25, category 5. A guideline recommended lowering by two (2) levels warrants resentencing.

Dated: November 1, 2007.

Phillip Dunn 89114-022
Federal Prison Camp
3705 West Farm Road
Lompoc Ca.  93436