UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:02CR00523-006 |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| ) | |
| PHILLIP DUNN ) | |
| ) | |
| Defendant ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the forgoing documents noted below were served on the following:

Forgoing Documents:
   Defendant's Motion for Resentencing
   Judgment and Commitment Orders

Served by First Class Mail:

UNITED STATES ATTORNEY
300 Ala Moana Blvd. 6-100
Honolulu, Hawaii 96850

DATED: November 1, 2007, at Lompoc, California

Phillip Dunn
_____