Phillip Dunn 89144-022
Federal Prison Camp
3705 West Farm Rd.
Lompoc CA 93436

United States District Court
District of Hawaii
District Clerk Walter AYH Chinn
300 Ala Moana Blvd. C-338
Honolulu Hawaii
96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 13 2007
4:30 pm
DISTRICT OF HAWAII


USA First-Class

Dunn 89144-022
Fed Prison Camp
West Farm Rd.
LC
CA 93436

United States District Court
District of Hawaii
District Clerk Walter AYHChinn
300 Ala Moana Blvd. C-338
Honolulu Hawaii
96850-0338



