# MINUTES

CASE NUMBER:   CR 02-00523HG-006

CASE NAME:   USA v. (06) Phillip Dunn

ATTYS FOR PLAINTIFF:   Loretta A. Sheehan, AUSA

ATTYS FOR DEFENDANT:   Pro Se

JUDGE:   Helen Gillmor          REPORTER:

DATE:   November 27, 2007      TIME:

## MINUTE ORDER

On November 13, 2007, Defendant Phillip Dunn filed Defendant's Motion for Resentencing Under Nov. 1, 2007 United States Sentencing Commission Guidelines. (Doc. 378.)

The United States has until on or before **December 13, 2007** to file a response addressing the matters asserted in the motion.

Submitted by:  Mary Rose Feria, Courtroom Manager

cc:   Loretta A. Sheehan, AUSA
      Phillip Dunn
      Chief Judge Gillmor's chambers