ORIGINAL

PHILLIP DUNN
89144-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 17 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 02-00523-06 HG |
| ) | |
| Plaintiff, ) | MOTION TO RESPOND TO |
| ) | PLAINTIFF'S OPPOSITION TO |
| vs. ) | DEFENDANT'S MOTION FOR |
| ) | RESENTENCING UNDER NOV. 1, |
| ) | 2007 UNITED STATES SENTENCING |
| PHILLIP DUNN ) | COMMISSION SENTENCING GUIDELINES. |
| Defendant ) | |
| ) | |

**MOTION TO RESPOND TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR RESENTENCING UNDER NOV. 1, 2007
UNITED STATES SENTENCING COMMISSION GUIDELINES.**

Comes now, the Defendant, Phillip Dunn, USM. No. 89144-022, upon my own behalf In Pro Se, in the above entitled cause, and hereby moves this Federal District Court of Hawaii to consider the merits of Amendment 706 retroactive.

Accordingly, The United States Sentencing Commission on December 11, 2007, decided on making Amendment 706 retroactive, whereas the retroactive will amend 1B1.10 (c) effected on March 3, 2008.

Page 2

The Defendant, Phillip Dunn, asks the court to consider the weight of the Commission Decision, and therefore ask the court to put this matter on stay until March 3, 2008.

Respectfully submitted on December 13, 2007.

*[signature]*
_____
Phillip Dunn
89144-022
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436-2756

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following:

**Served by First Class Mail:**

UNITED STATES ATTORNEY                December 13, 2007
300 Ala Moana Boulevard
Honolulu, Hawaii   96850

DATED: December 13, 2007, Federal Prison Camp, Lompoc, CA.

_____
Pro Se Defendant,
Phillip Dunn
89144-022