Phillips
Federal Prison Camp
3705 W. Farm Rd.
Lompoc Ca 93436

Judge Gilmore
United States District Court
District of Hawaii
300 AlA MOANA BLVD C-338
Honolulu Hawaii 96850-0338
ATTN Clerk



