PHILLIP DUNN
USM #89144-022
FEDERAL PRISON CAMP
3705 WEST FARM ROAD
LOMPOC, CA 93436-2756

DEFENDANT PRO SE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 03 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 02-00523-06(HG) |
| PLAINTIFF, ) | EX PARTE APPLICATION FOR |
| ) | CJA APPOINTMENT OF COUNCEL |
| ) | AND DECLARATION OF |
| ) | PHILLIP DUNN IN SUPPORT |
| VS ) | |
| PHILLIP DUNN ) | |
| DEFENDANT ) | |

## EX PARTE APPLICATION FOR CJA APPOINTMENT OF COUNCEL AND DECLARATION OF PHILLIP DUNN IN SUPPORT

COMES NOW, YOUR DEFENDANT, PHILLIP DUNN, IN PRO SE, hereby respectfully applying to this Honorable Court **EX PARTE** for the appointment of councel under the provisions of §18 U.S.C. 3006a (g) and/ or Rule 8(c) of the Rules Governing Section of Motions at Hand.

### STATEMENT OF THE PROCEEDING

1) On November 13, 2007, Defendant Dunn filed with this Court a Motion under the Provisions of §18 U.S.C. §3582(c) 2 seeking the modification/ correction of the sentence imposed on him by this Court.

2) On 12-6-2007, the Goverment file a response motion to Defendant Dunn's Section §3582(c)2 Motion.

3) On 12-13-2007, Your Defendant Dunn filed a reply to the Goverments opposition to the modification and/ or correction of his sentence under the 706 Amendment, asking the Court to put it on stay until the retroactive hearings.

4) On December 11, 2007, the the United States Sentencing Commission apply 706 Retroactive, taking effect on March 3, 2008.

5) Put it another way, the Defendant Dunn is a layman at law, in order to reach the merits of §3583(c)2, he ask this Court for Appointment of Councel (CJA).

Wherefore, for good cause shown foregoing, Your Defendant prays that the Honorable Court grant him Appointment of Councel (CJA).

Respectfully requested and submitted this Twenty-Seven Day of Febuary, 2008.

_____
PHILLIP DUNN #89144-022
PRO SE DEFENDANT
FEDERAL PRISON CAMP
3705 WEST FARM ROAD
LOMPOC, CA 93436-2756