## DECLARATION OF PHILLIP DUNN

I, Phillip Dunn, declare and sayth as follows:

1) I am the defendant in Case Number 02-00523-06(HG), I make this declaration in support of my "EX PARTE application for CJA Appointment of Councel."

2) I am a Federal Prisoner in the cusdoty of the Federal Bureau of Prison, serving a term of 100 months (eight years four months): I currently incarcerated at Federal Prison Camp, 3705 West Farm Road, Lompoc, Ca 93436.

I Phillip Dunn, declare that the foregoing is true and correct Under the Penalty purjury under the laws of the United States.

Executed this Tweenty-Seventh Day of Febuary, 2008.

_____
Phillip Dunn
Pro se Defendant