UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 02-00523-06(HG) |
| | ) | |
| PLAINTIFF, | ) | CERTIFICATE OF SERVICE |
| | ) | DECLARATION AND COMPUTATION |
| VS | ) | FORM |
| | ) | |
| PHILLIP DUNN | ) | |
| _____DEFENDANT_____ | ) | |

CERTIFICATE OF SERVICE, DECLARATION,
AND COMPUTATION FORM

I HEREBY CERTIFY that, on this date and by the method of service noted below, a true and correct copy of the foregoing documents were served on the following:

FOREGOING DOCUMENTS:
    Defendant EX-Parte Application for CJA Appointment of Councel, Declaration, and Sentencing Computation Form.

**Served by First Class Mail:**
UNITED STATES ATTORNEY OFFICE
300 ALA MOANA BOULVARD
HONOLULU, HAWAII 96850

Dated on: Febuary 27, 2008

_____
Pro SE Defendant
Phillip Dunn