```
   FTWEC   540*23  *         SENTENCE MONITORING          *    03-16-2007
   PAGE 001         *         COMPUTATION DATA             *    16:11:55
                              AS OF 03-16-2007

 REGNO..: 89144-022 NAME: DUNN, PHILLIP


 FBI NO............: 555296PA1          DATE OF BIRTH: 03-01-1954
 ARS1..............: FTW/A-DES
 UNIT..............: AUS                QUARTERS.....: A05-089L
 DETAINERS.........: NO                 NOTIFICATIONS: YES

 PRE-RELEASE PREPARATION DATE: 09-20-2008

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  03-20-2009 VIA 3621E CMPL

 -----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION............: HAWAII
 DOCKET NUMBER....................: 1:02CR00523-006
 JUDGE............................: GILLMOR
 DATE SENTENCED/PROBATION IMPOSED: 06-21-2004
 DATE COMMITTED...................: 08-18-2004
 HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED................: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.:   $100.00        $00.00           $00.00        $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

 -------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  391
 OFF/CHG: 21 USC 846, 841(A)(1), 841(B)(1)(A), AND 18 USC 2
          CONONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO
          DISTRIBUTE IN EXCESS OF 50 GRAMS OF METHAMP0HETAMINE, CRACK
          COCAINE, AND COCAINE.

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    100 MONTHS
  TERM OF SUPERVISION............:     10 YEARS
  DATE OF OFFENSE................: 12-04-2002




 G0002       MORE PAGES TO FOLLOW . . .
```