PHILLIP DUNN #89144-022
FEDERAL PRISON CAMP
3705 WEST FARM ROAD
LOMPOC, CALIFORNIA
93436-2756

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF HAWAII
TO THE CLERK OF THE COURT
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 03 2008
DISTRICT OF HAWAII

