HG.

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 08 2008
at 11 o'clock and 15 min __ M.
SUE BEITIA, CLERK

LODGED
MAY 06 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILLIP DUNN,          (06) )<br>)<br>Defendant. )<br>) | CR. NO. 02-00523-06 HG<br><br>ORDER GRANTING EX PARTE MOTION FOR PERMISSION TO RELEASE PRESENTENCE INVESTIGATION REPORT |

ORDER GRANTING EX PARTE MOTION FOR PERMISSION TO
RELEASE PRESENTENCE INVESTIGATION REPORT

    The Court, having considered the government's Ex Parte Motion For Permission To Release Presentence Investigation Report, and the reasons stated therein, GRANTS the government's ex parte motion and directs the government to release one (1) copy of the Presentence Investigation Report to defense counsel Jack Schweigert for the limited purpose of determining whether

Defendant Dunn is eligible for relief under 18 U.S.C. § 3582(c)(2) due to Amendments 706 and 711 to the United States Sentencing Guidelines (U.S.S.G.).

IT IS SO ORDERED.

DATED: 5·7·08, at Honolulu, Hawaii.

HELEN GILLMOR
Chief U.S. District Judge
District of Hawaii

United States v. Phillip Dunn
Cr. No. 02-00523-06 HG
Order Granting Ex Parte Motion for Permission
to Release Presentence Investigation Report

motions\expartetoreleasepsrdunn

2