# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00523HG |
| CASE NAME: | United States of America Vs. (06) Phillip Dunn |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Jack Schweigert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | 08/05/2008 | TIME: | 10:54am-11:01am |

COURT ACTION:   EP: STATUS CONFERENCE

   Re: As to Defendant (06) Phillip Dunn's Motion for Resentencing under November 1, 2007, United States Sentencing Commission Guidelines #1 (Document No. 378)- Defendant's presence waived.  Motion is hereby Granted. Stipulation and Order reducing Sentence was signed by both Counsel and was approved by the Court.  An Amended Judgment will be prepared to reflect the only change to the Original Sentence is the Imprisonment term from 100 Months to 94 Months.


Submitted by Leslie L. Sai, Courtroom Manager