JACK SCHWEIGERT   #1560
550 Halekauwila Street, Room 309
Honolulu, Hawaii  96813
Telephone:  (808) 533-7491
Facsimile:  (808) 533-7490
E-mail:   jackschweigert@hotmail.com

Attorney for Defendant
PHILLIP DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00523-06 HG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | REDUCING SENTENCE |
| vs. ) | PURSUANT TO 18 U.S.C. |
| ) | § 3582(c) |
| PHILLIP DUNN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION AND ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein that, pursuant to 18 U.S.C. § 3582(c), the Defendant's sentence of 100 months incarceration imposed on June 21, 2004, is reduced to 94 months.  All other provisions of the sentence imposed on June 21, 2004 remain unaltered.

Defendant Phillip Dunn is currently serving a term of imprisonment for an offense involving cocaine base (crack), cocaine, and methamphetamine. Mr. Dunn has spoken to counsel regarding this matter by phone. Mr. Dunn consents to counsel entering into this Stipulation.

Mr. Dunn was sentenced by this Court on June 21, 2004, to a term of 100 months imprisonment. His guideline range was 240 months based on a statutory minimum bumped up because of a special information filed under 21 U.S.C. § 851. Absent the statutory minimum Mr. Dunn's total offense level was 25 and his criminal history was category V. Because the Government did file a substantial assistance motion pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), which the Court granted, Mr. Dunn was sentenced to a term of 100 months incarceration.

In light of the new Sentencing Guideline crack cocaine amendment, and in light of the particular factors unique to this case, the parties agree that Mr. Dunn's sentence should be reduced by 6 months, from 100 months to 94 months.

Wherefore, the parties agree that Mr. Dunn's sentence be 94 months incarceration.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, August 5, 2008.

_____
JACK SCHWEIGERT
Attorney for Defendant
PHILLIP DUNN

_____
LORETTA A. SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA


IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 8·5·08                .

_____
The Honorable HELEN GILLMOR
United States District Judge
District of Hawaii



United States v. Phillip Dunn; Cr. No. 02-00523-06 HG;
STIPULATION AND ORDER REDUCING
SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)